United States District Court
Southern District of Texas
**ENTERED**
March 23, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RYAN RIVA, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:15-CV-3002 |
| | § | |
| SCHLUMBERGER TECHNOLOGY CORPORATION, | § § § | |
| | § | |
| Defendant. | § | |

## ORDER

The Court, having considered the parties' Joint Motion to Approve Settlement and Dismiss Case, is of the opinion that the parties' Joint Motion should be GRANTED. The Settlement, which the parties submitted to the Court for *in camera* inspection, is APPROVED and this case is hereby DISMISSED WITH PREJUDICE and each side to bear its own costs.

It is so ORDERED.

SIGNED on this 23rd day of March, 2017.

_____
Kenneth M. Hoyt
United States District Judge